**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

GEORGE COSTA,

    Plaintiff,

v.                                                    Case No: 5:22-cv-662-JSM-PRL

EXPERIAN INFORMATION
SOLUTIONS, INC., CITIBANK, N.A.
and TD BANK USA, N.A.,

    Defendants.
_____

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal without Prejudice as to Experian Information Solutions, Inc. (Dkt. 34). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice as to Experian Information Solutions, Inc.

2. The Clerk is directed to terminate Defendant Experian Information Solutions, Inc.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of February, 2023.

                                                                         JAMES S. MOODY, JR.
                                                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record