UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

GEORGE COSTA,

    Plaintiff,

v.                                                Case No: 5:22-cv-662-JSM-PRL

CITIBANK, N.A. and TD BANK USA, N.A.,

    Defendants.

_____

**ORDER OF DISMISSAL**

Before the Court is the Notice of Voluntary Dismissal without Prejudice as to Citibank, N.A. (Dkt. 37). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice as to Citibank, N.A.

2. All parties shall bear their own attorneys' fees and costs incurred in this action against Citibank, N.A.

3. The Clerk is directed to terminate Defendant Citibank, N.A from this case.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of February, 2023.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record