**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

GEORGE COSTA,

    Plaintiff,

v.                                                                 Case No: 5:22-cv-662-JSM-PRL

TD BANK USA, N.A.,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal with Prejudice as to TD Bank USA, N.A. (Dkt. 39). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice as to TD Bank USA, N.A. and on the merits, without costs or fees to any Party.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of March, 2023.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record